# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# BIRMINGHAM DIVISION

| | |
|---|---|
| CRYSTAL PETTWAY ) | |
| ) | |
| Plaintiff(s), ) | CASE NO. 2:19-CV-01976-SGC |
| ) | |
| v. ) | |
| ) | |
| ADVANCED CAPITAL SOLUTIONS, and ) | |
| DOES 1-1-, inclusive, ) | |
| ) | |
| Defendants. ) | |

## DISCLOSURE STATEMENT PURSUANT TO LOCAL RULE 3.4

Pursuant to Local Rule 3.4 of the Northern District of Alabama and to enable District Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Advanced Capital Solutions in the above-captioned action certifies that the general nature and purpose of the foregoing entity or entities is the collection of consumer receivables.

Counsel also certifies that there are no parents, subsidiaries and/or affiliates of said party or parties that have issued shares or debt securities to the public.

1

DATED: January 21, 2020

                                                CLOUD WILLIS & ELLIS LLC

                                                By: /s/ William A. Ellis
                                                William A. Ellis (ASB-8034-I61E)
                                                Attorney for Defendant
                                                Advanced Capital Solutions, Inc

OF COUNSEL:
Cloud Willis & Ellis, LLC
3928 Montclair Road, Suite 227
Birmingham, AL 35213
(205) 322-6060

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing motion was served upon the following via PACER and/or by mailing same by United States First Class Mail in a properly addressed envelope with adequate postage affixed thereon to insure delivery

DATED:   January 21, 2020

                                                /s/ William A. Ellis
                                                William A. Ellis
                                                Attorney for Defendant
                                                Advanced Capital Solutions, Inc

OF COUNSEL:
Cloud Willis & Ellis, LLC
3928 Montclair Road, Suite 227
Birmingham, AL 35213
(205) 322-6060