FILED

2020 Feb-05  PM 04:08
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT

Northern District of Alabama
Office of the Clerk
Room 140, 1729 5th Avenue North
Birmingham, Alabama 35203
(205) 278-1700

Sharon N. Harris
Clerk

Joe Musso
Chief Deputy

| | |
|---|---|
| Crystal Pettway, | } |
| | } |
| Plaintiff | } |
| v. | }   Case Number:   2:19-cv-cv-1976-AKK |
| | } |
| Advanced Capital Solutions, | } |
| | } |
| Defendants | } |
| | } |
| | } |
| | } |

## NOTICE OF REASSIGNMENT

The parties having not unanimously consented to the dispositive jurisdiction by a Magistrate Judge, the above styled civil action has been randomly reassigned to the Honorable Abdul K. Kallon. Please use case number 2:19-cv-1976-AKK on all subsequent pleadings.

DATED: February 5, 2020

SHARON N. HARRIS, CLERK

By:____Maire Read_____
        Deputy Clerk